450 A.2d 212

Commonwealth v. Webb, Appellant.

Submitted September 9, 1981. Hardy Williams, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, POPOVICH and MONTGOMERY, JJ.

Judgment of sentence affirmed.